**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Lucero Valle-Chavez v. Roosevelt Moore III

Appellate case number: 01-18-00641-CV

Trial court case number:     2016-77241

Trial court:            245th District Court of Harris County

Date motion filed:       September 17, 2018

Party filing motion:     Appellant

It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                          Acting for the Court

Panel consists of Justices Jennings, Higley, and Massengale


Date: October 11, 2018